**FILED**
FEB - 4 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SURF MOORE, ) | |
| ) | |
| Plaintiff, ) | Case: 1:16-cv-00182 |
| ) | Assigned To : Unassigned |
| v. ) | Assign. Date : 2/4/2016 |
| ) | Description: Pro Se Gen. Civil |
| U.S. JUSTICE DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed. The instant complaint is substantially similar to that filed in *Moore v. U.S. Justice Dep't*, No. 15-0021 (UNA), and it will be dismissed as duplicative.

An Order is issued separately.

_____
United States District Judge

DATE: Feb. 3, 2016